**LAW OFFICES**
**SHERMAN & HOWARD L.L.C.**
201 EAST WASHINGTON STREET, SUITE 800
PHOENIX, ARIZONA 85004-2327
TELEPHONE: (602) 240-3000
FAX: (602) 240-6600
(AZ BAR FIRM NO. 00441000)

Bryan A. Albue (No. 009594)
(balbue@shermanhoward.com)
Yijee Jeong (No. 033287)
(yjeong@shemanhoward.com)
Attorneys for AAAC Support Services, LLC

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>TODD ANDREW GROSE and KELLY JO GROSE,<br><br>Debtors. | Chapter 13<br><br>Case No. 2:18-bk-05350-PS<br><br>**ORDER EXTENDING TIME FOR FILING COMPLAINT TO OBJECT TO DISCHARGE OF DEBTORS AND TO DETERMINE DISCHARGEABILITY OF DEBT** |

Having considered the Motion to Extend Time to Object to Discharge of Debtors and Discharge of Claims filed by AAAC Support Services, LLC ("AAAC") on August 27, 2018, and the Second Amendment to Motion, and Stipulation to Extend Time for Filing Complaint to Object to Discharge of Debtors and to Determine Dischargeability of Debt filed by AAAC, and Todd Grose and Kelly Grose (the "Groses"), the debtors in this Chapter 13 bankruptcy case, on November 5, 2018, the Court finds that good cause exists to grant the requested relief, notice and opportunity for hearing are adequate under the circumstances, and the parties are entitled to the immediate entry of this Order without further notice or hearing. Accordingly,

IT IS HEREBY ORDERED:

1. The deadline to object to discharge of Groses, pursuant to Rule 4004(b)(1), Fed. R. Bankr. P., and the deadline to object to discharge of debt under 11 U.S.C. § 523(c)(1), pursuant to Rule 4007(c), Fed. R. Bankr. P., are extended to **November 20, 2018**.

2. The right of AAAC and Groses to jointly request further extensions and, alternatively, the right of AAAC to request further extensions and the right of the Groses to

oppose such requests are expressly preserved.

3. The benefit of the relief provided in this Order is limited to AAAC only and shall not extend to any other creditor.

**- DATED AND SIGNED ABOVE -**